# United States District Court

## Southern District of Georgia

VERONICA BYRD

_____  
Plaintiff

Case No.  4:22-CV-00144-RSB-CLR

v.   WALMART, INC.

_____  
Defendant

Appearing on behalf of

PLAINTIFF

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 11th day of July, 2022.

_____  
UNITED STATES MAGISTRATE JUDGE

NAME OF PETITIONER:  STEPHEN A. SHEA, ESQ.

Business Address:  LAMAR LAW OFFICE, LLC.  
Firm/Business Name

4500 Hugh Howell Road  
Street Address

| Suite 140 | Tucker | GA | 30084 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

P.O. Box 2558  
Mailing Address (if other than street address)

| | Tucker | GA | 30085 |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(678) 819-5200                                          102908  
Telephone Number (w/ area code)       Georgia Bar Number

Email Address:  sshea@atlantalegalcare.com