# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VERONICA BYRD, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-144 |
| v. | |
| WALMART STORES EAST LP, | |
| Defendant. | |

## **O R D E R**

Before the Court is a "Joint Stipulation for Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties advise that they stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs. (Doc. 62.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 21st day of July, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA